IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHARLES SMITH                                                                                    PLAINTIFF

v.                           CASE NO. 3:09CV00231 JTK

MICHAEL J. ASTRUE,
Commissioner, Social Security Administration                                          DEFENDANT

## ORDER

On May 7, 2010, Plaintiff filed a Motion to Extend Time in which to file his required brief (DE #11). The Court granted the motion and gave Plaintiff an additional thirty (30) days (until June 7, 2010) in which to file (DE #12). As of the date of this Order, Plaintiff has yet to file his brief and has not filed any other motions for additional time. Therefore, the Court orders that Plaintiff file his required brief within ten (10) days from the date of this Order or his case will be dismissed for failure to prosecute. *See* FED. R. CIV. P. 41(b).

SO ORDERED this 22nd day of July, 2010.

_____
UNITED STATES MAGISTRATE JUDGE