```
          IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF ARKANSAS
                   JONESBORO DIVISION
```

CHARLES E. SMITH                                          PLAINTIFF

V.                    CASE NO. 3:09CV00231 JTK

MICHAEL ASTRUE, Commissioner
Social Security Administration                            DEFENDANT


**<u>JUDGMENT</u>**

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 9th day of March, 2011.

_____
UNITED STATES MAGISTRATE JUDGE